U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 19 2005

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 2:03-CR-0047 (18) |
| | § | |
| TODD ALEXANDER MOORE | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came this day for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by defendant TODD ALEXANDER MOORE. On April 29, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. On May 12, 2005, defendant filed objections to the Report and Recommendation.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES defendant's May 12, 2005 objections to the Report and Recommendation, and ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by defendant TODD ALEXANDER MOORE is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _18th_ day of _May_ 2005.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE